IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                 CASE NO. 1:96-cr-00035-MP

KATIA ELENA CARVAJAL,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Motion to Dismiss Case by USA as to Katia Elena Carvajal, Doc. 41. The United States recites that the defendant has fled to Peru, and the likelihood of an arrest in Peru and successful extradition to the United States is remote. Accordingly, the United States requests the warrant for the defendant's arrest be quashed, and the case dismissed. Accordingly, it is

    **ORDERED AND ADJUDGED:**

    1.      Motion to Dismiss Case, Doc. 41, is GRANTED.

    2.      The warrant for Katia Elena Carvajal is QUASHED.

    3.      This case is DISMISSED WITHOUT PREJUDICE.

    **DONE AND ORDERED** this *22nd* day of April, 2010

                                         *s/Maurice M. Paul*
                                   Maurice M. Paul, Senior District Judge